# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | Carl E Hargus<br>Debtor/Employee<br>xxx–xx–7100 | ) <br>) Case No.: **23–42773**<br>) Chapter: 13<br>) |

To Employer:  US Postal Service
Attn. Payroll Department
2200 N US Hwy 67
Florissant, MO 63033

Deduction:   $1496.00 monthly

## ORDER TO EMPLOYER TO DEDUCT AND REMIT A PORTION OF DEBTOR'S EARNINGS FOR THE VOLUNTARY PAYMENT OF DEBTS

This is an ORDER of the United States Bankruptcy Court, NOT a garnishment. **It supersedes any previous order of this Court issued with respect to the Debtor/Employee's wages.**

The above–named Debtor/Employee has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay certain debts under the protection of this Court. These debts are to be paid by the Chapter 13 Trustee from the Debtor/Employee's future earnings. Debtor/Employee has requested an Order to have their future earnings withheld and paid to the Chapter 13 Trustee. This Court is empowered under Title 11 Section 1325(c) of the United States Code to direct any entity from which the Debtor/Employee receives income to pay all or any part of such income to the Trustee. Accordingly, it is hereby

ORDERED that:

Until further order of the Court, you are directed to immediately begin withholding the above stated amount from the wages, salary, commission, and all other earnings or income of Debtor/Employee and remit same promptly to the Chapter 13 Trustee no less frequently than once each month.
(Make check payable to "Diana S. Daugherty, Chapter 13 Trustee" at the address shown below).

### MAIL ALL REMITTANCES WITH CASE NAME AND NUMBER TO:

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 2112
Memphis, TN 38101–2112

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Date: August 9, 2023
Rev. 07/23 64F

Copies to:
Debtor, Debtor's attorney, Employer, Chapter 13 Trustee

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-42773-kss |
| Carl E Hargus | Chapter 13 |
| Shaana Hargus | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 10, 2023 | Form ID: 64F | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Carl E Hargus, Shaana Hargus, 1495 Tahoe Dr, Florissant, MO 63031-7340 |
| emp | + | US Postal Service, Attn. Payroll Department, 2200 N US Hwy 67, Florissant, MO 63033-9997 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                              Signature:         /s/Gustava Winters