## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CARL E. HARGUS** ) | |
| **SHANNA HARGUS** ) | **Case No. 23-42773** |
| ) | |
| ) | **Chapter 13** |
| Debtor(s). ) | |
| ) | |
| **SELECT PORTFOLIO SERVICING, INC.** ) | |
| ) | |
| **Creditor.** | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COME NOW** Melinda J. Maune and the law firm of Armstrong Teasdale LLP and hereby enter their appearance as counsel for Select Portfolio Servicing, Inc. ("Creditor") in the above titled bankruptcy matter.

Pursuant to Fed. R. Bankr. P. 9010(b), all further pleadings and notices, including those required under Fed. R. Bankr. P. 2002, 4001, and 9007, should be served upon the undersigned and directed to:

>Melinda J. Maune
>Armstrong Teasdale LLP
>MMaune@atllp.com
>7700 Forsyth Blvd., Ste. 1800
>St. Louis, Missouri 63105
>Telephone: (314) 621-5070
>Fax: (314) 621-5065

>Respectfully submitted,
>
>ARMSTRONG TEASDALE LLP
>*/s/ Melinda J. Maune*
>Melinda J. Maune, #49797, MMaune@atllp.com
>7700 Forsyth Blvd., Ste. 1800
>St. Louis, Missouri 63105
>Telephone: (314) 621-5070
>Fax: (314) 621-5065
>ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on the 14th day of August, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court.

*/s/ Melinda J. Maune*
Attorney for Creditor